DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOM DEBECK,**
Appellant,

v.

**U.S. BANK TRUST, N.A.,** etc.,
Appellee.

No. 4D22-2161

[December 8, 2022]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE17-002226.

Jeff Barnes of W.J. Barnes, P.A., Boca Raton, for appellant.

Steven J. Brotman and Michael P. De Simone of Locke Lord LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***